```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

PELEUS INSURANCE COMPANY,

                Plaintiff,        20cv2971 (JGK)

    - against -              ORDER

ATLANTIC STATE DEVELOPMENT CORP. et al.,

                Defendants.

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should move for a default judgment against the corporate defendant by August 14, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           July 30, 2020          /s/ John G. Koeltl
                                                John G. Koeltl
                                       **United States District Judge**