```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────
PELEUS INSURANCE COMPANY,
                                        20-cv-02971 (JGK)
                 Plaintiffs,
                                        ORDER
        - against -

ATLANTIC STATE DEVELOPMENT CORP. ET
AL,
                 Defendant.
────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties are instructed to file a Rule 26(f) report by **August 19, 2020.**

**SO ORDERED.**
**Dated:    New York, New York**
           **August 5, 2020**

                                    /s/ John G. Koeltl
                                     John G. Koeltl
                               United States District Judge