# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | (212) 972-1000 | LOS ANGELES OFFICE |
|---|---|---|
| 2505 McCABE WAY, SUITE 100 | FACSIMILE: (212) 972-1030 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

February 21, 2022

**VIA ECF**

Honorable John P. Cronan
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re*:*  *Peleus Insurance Company v. Atlantic State Development Corp. et al.*
        S.D.N.Y. Docket No.  : 20-civ-2971 (JPC)
        LF File No.               : LF 417.0567056

Dear Judge Cronan:

    We represent Plaintiff, Peleus Insurance Company ("Peleus") in the captioned matter. Peleus submits this response to Your Honor's February 15, 2022 Order seeking supplemental briefing on Peleus' demand for recoupment of defense costs from Atlantic State Development Corp. ("Atlantic").

    In the interests of judicial economy and this Court's holdings in similar matters subsequent to the filing of this action, *Golden Ins. Co. v. Ingrid House, Inc.*, 2021 U.S. Dist. LEXIS 174519 (S.D.N.Y. 2021), Peleus herein withdraws its request for a declaration seeking to recoup those amounts incurred in connection with Atlantic's defense in the Underlying Action entitled, *Michael Winters v. Atlantic State Development Corp. and Lauran Walk*; Supreme Court, New York County; Index No.: 153548/2019.

    We thank the Court for its time and continued assistance.

                                       Respectfully submitted,

                                       LONDON FISCHER LLP

                                       By:  James Walsh
                                       Attorneys for Plaintiff
                                       Peleus Insurance Company
                                       59 Maiden Lane, 39th Floor
                                       New York, New York 10038
                                       (212) 972-1000